DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SINCLAIR ROBINSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2686

[November 1, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Edward H. Merrigan, Jr., Judge; L.T. Case No. 01-15494CF10C.

Sinclair Robinson, Pahokee, pro se.

No appearance required for appelleee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***